# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WIDEWATERS VILLAGE COMMUNITY ASSOCIATION, INC., <br>     Apellant, <br><br> v. <br><br> THEODORE A. HAYWOOD, STACEY B. HAYWOOD, <br>     Apellees, | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:09-CV-67-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that the Motion to Value Collateral and Determine Status of Liens is AFFIRMED.


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **July 2, 2010**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Nelson G. Harris (via CM/ECF Notice of Electronic Filing)

William E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)

John F. Logan (U.S. Bankruptcy Court, 4501 Atlantic Avenue, Suite 132, Raleigh, NC 27604)

Stephanie Edmondson (U.S. Bankruptcy Court, 1760-A Parkwood Blvd., Wilson, NC 27893)


| | |
|---|---|
| July 2, 2010 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |